UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION - LOS ANGELES

JASON ERIK LUND,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

Case # 2:24-cv-04378-SPG-PVC

**ORDER GRANTING EAJA FEES**

<u>ORDER</u>

AND NOW, this Sixth day of January, 2024, having considered the parties' Stipulation for EAJA fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $8,600.00 and costs in the amount of $405.00, subject to the terms of the Stipulation.

BY THE COURT:

Date: January 6, 2025

_____
HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE